O'BRIEN, Respondent, v. BAKER, Appellant. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by John P. O'Brien, as testamentary administrator, etc., against James A. Baker. W. B. Hornblower, for appellant. J. T. Davies, for respondent. No opinion. Reargument ordered.

O'BRIEN, Respondent, v. CAVANAGH et al., Appellants. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Action by Miles M. O'Brien, as trustee, against Lillian G. Cavanagh and another. W. O. Campbell, for appellants. M. Weinman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

OSTRANDER, Appellant, v. METER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. June 11, 1901.) Action by Peter M. Ostrander, as executor, etc., against Lucia May Meter and others. No opinion. That part of the decree of the surrogate's court appealed from affirmed, with costs against the appellant personally.

PATCHEN, Appellant, v. SCHIFFER-DECKER, Sheriff, Respondent. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Action by Francelia O. Patchen against Charles F. Schifferdecker, as sheriff, etc. No opinion. Interlocutory judgment affirmed, with costs.

PELL v. McKAY. (Supreme Court, Appellate Division, First Department. June 14, 1901.) Action by Ogden P. Pell against Nathaniel McKay. No opinion. Motion granted, with $10 costs.

PEOPLE, Plaintiff, v. COON, Defendant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1901.) Proceeding by the people of the state of New York against Peter J. Coon.
PER CURIAM. Defendant's exceptions overruled, motion for a new trial denied, and judgment ordered on the verdict, with costs, on authority of People v. Woodbeck, 55 App. Div. 277, 67 N. Y. Supp. 38, and People v. Spees, 18 App. Div. 617, 46 N. Y. Supp. 995.

PEOPLE, Respondent, v. GERHARDT, Appellant. (Supreme Court, Appellate Division, Third Department. June 28, 1901.) Proceeding by the people of the state of New York against Jacob Gerhardt. No opinion. Judgment of conviction unanimously affirmed.

PEOPLE, Respondent, v. GLEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 11, 1901.) Proceeding by the people of the state of New York against William J. Glen.
PER CURIAM. This court declines to consider the appeal in this case upon the ground, first, that the record contains no proper judgment roll, as required by section 485 of the Code of Criminal Procedure, and for the further reason that the order of March 18, 1901, does not specify the grounds or papers upon which said order was granted.

PEOPLE v. HENDERSON. (Supreme Court, Appellate Division, First Department. June 21, 1901.) Proceeding by the people of the state of New York against Henry C. Henderson. No opinion. Motion denied.

PEOPLE, Respondent, v. JAMMES, Appellant. (Supreme Court, Appellate Division, First Department. July 9, 1901.) Proceeding by the people of the state of New York against Alberta F. Jammes. D. Rumsey, for appellant. C. E. Le Barbier, for the People. No opinion. Judgment affirmed.

PEOPLE, Respondent, v. McGRAW, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 19, 1901.) Proceeding by the people of the state of New York against John McGraw, Jr. No opinion. Appeal dismissed under general rule 39.

PEOPLE, Respondent, v. SHEWMAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 4, 1901.) Proceeding by the people of the state of New York against John Shewman. No opinion. Judgment and conviction, and order denying motion for new trial, affirmed, and case remitted to county court, pursuant to section 547 of the Code of Criminal Procedure.

PEOPLE ex rel. ALLEN et al., Appellants, v. HAGAN, Warden, Respondent. (Supreme Court, Appellate Division, First Department, July 9, 1901.) Proceeding by the people of the state of New York, on the relation of Theodore Allen and others, against James J. Hagan, warden, etc. J. R. Dos Passos, for appellants. No opinion. Order affirmed, with costs.